No. 373. TORCASO *v.* WATKINS, CLERK. Appeal from the Court of Appeals of Maryland. Probable jurisdiction noted. *Joseph A. Sickles, Carlton R. Sickles, Lawrence Speiser* and *Leo Pfeffer* for appellant. *C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *Joseph S. Kaufman,* Assistant Attorney General, for appellee.

No. 326. ANDERSON *v.* ALABAMA. Court of Appeals of Alabama. Certiorari granted. *Peter A. Hall, Fred D. Gray* and *Orzell Billingsley, Jr.* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 329. UNITED STATES, TRUSTEE, *v.* OREGON. Supreme Court of Oregon. Certiorari granted. *Solicitor General Rankin, Acting Assistant Attorney General Leonard, Alan S. Rosenthal* and *David L. Rose* for the United States. *Robert Y. Thornton,* Attorney General of Oregon, and *Catherine Zorn,* Assistant Attorney General, for respondent.

No. 339. NATIONAL LABOR RELATIONS BOARD *v.* NEWS SYNDICATE Co., INC., ET AL. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Gerhard P. Van Arkel* and *David I. Shapiro* for New York Mailers' Union No. 6, International Typographical Union, AFL–CIO, and *Stuart N. Updike* for News Syndicate Co., respondents.